EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VICTORIA A. DEGTYAREVA (Cal. Bar No. 284199)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7635
     Facsimile: (213) 894-0141
     E-mail:    victoria.degtyareva@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>KIM DENISSE SCOVIS,<br><br>          Defendant. | No. CR 16-266-PA<br><br>ORDER AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**NEW TRIAL DATE:**<br>08/09/2016 at 8:30 a.m. |

     The Court has read and considered the Stipulation Regarding Request for Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 18, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

     The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) defendant's Motion to Dismiss Count Eleven of the Indictment for Failure to State an Offense, filed on July 7, 2016, remains pending before the Court.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from July 12, 2016, to August 9, 2016.

2.   The time period of July 12, 2016 to August 9, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3.   The time period of July 7, 2016 to August 9, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D).

4.   Defendant shall appear in Courtroom 15 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on August 9, 2016, at 8:30 a.m.

5.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

1   additional time periods from the period within which trial must

2   commence.

3       IT IS SO ORDERED.

4

5   July 19, 2016
    DATE                                    HONORABLE PERCY ANDERSON

6                                           UNITED STATES DISTRICT JUDGE

7

8

9   Presented by:

10        /s/

11   VICTORIA A. DEGTYAREVA
     Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28